RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5108

Attorneys for Defendant
Steven Kyle Phillips

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEVEN KYLE PHILLIPS,<br>Defendant. | NO. 4:23-cr-00002-RRB-SAO |

### MOTION FOR DETENTION REVIEW HEARING

**COMES NOW** STEVEN PHILLIPS by his attorney, Richard A. Smith of *Smith Law Firm*, and moves the Court for a Detention Review Hearing. A detention review hearing is appropriate and necessary due to changed

MOTION FOR DETENTION REVIEW HEARING - Page 1

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

circumstances of Mr. Phillips in that he has been accepted into the treatment program at Old Minto Family Recovery Camp located in Old Minto, Alaska.

This motion is made based upon the Declaration of Richard A. Smith submitted with this motion as Exhibit A.

DATED this 16th day of June 2023.

Presented by: **Smith Law Firm**

/s/ RICHARD A. SMITH
RICHARD A. SMITH, WSBA 15127
Attorney for Defendant Phillips
314 North Second Street
Yakima, WA 98901
rasmith@house314.com
Phone: (509) 457-5108
Fax: (509) 452-4601

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the registered users.

/s/ Lugene M. Borba
LUGENE M. BORBA
Legal Assistant to Richard A. Smith

MOTION FOR DETENTION REVIEW HEARING - Page 2

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108

Case 4:23-cr-00002-RRB   Document 38   Filed 06/16/23   Page 2 of 2