**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

| | | |
|---|---|---|
| 1. Program Code | 2. Cross Related Files File ☐ | 3. File No. RG-19-0001 ▮▮▮▮▮ |
| 5. By: Thanh T Churchin, GS At: ANCHORAGE, AK DISTRICT OFFICE (ASAC #4) (DIVISION 40) | ☐ ☐ ☐ ☐ | 6. File Title ▮▮▮▮ ▮▮▮▮ |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | ☐ | 8. Date Prepared 10-28-2019 |

9. Other Officers: HIDTA Investigators Michael Roberts, Scott McAfee, Jake Tibbetts; Fairbanks P LT Peyton Merideth; AST Trooper Brian Hibbs; SA Charles Flockhart

10. Report Re: Acquisition of Exhibits 26, 27, 28, N-9 and the Surveillance of Michael MEATH on 10-24-2019

## SYNOPSIS

On 10-24-2019, Surveillance was conducted on Michael MEATH at 379 Shannon Drive, Fairbanks, Alaska. Lisa CARTIER and Michael MEATH were seen leaving in a gray pickup truck. A traffic stop was conducted on the pickup truck and a K-9 alerted to the presence of illegal controlled substances in the pickup truck. A state search warrant was obtained and executed on the pickup truck on 10-25-2019. Methamphetamine, heroin, a handgun and other items were seized.

## DETAILS

1. The Fairbanks DEA has been investigating Michael MEATH's drug trafficking activities in Fairbanks, Alaska since November of 2017. In October 2019, a Source of Information (SOI) provided information that MEATH was attempting to locate a physical mail address to receive a package from Arizona containing methamphetamine and heroin. Fairbanks High Intensity Drug Trafficking Area (HIDTA) group continued to develop this lead and on 10-24-2019, the Fairbanks HIDTA group received information from the SOI that MEATH received his mail package with methamphetamine and heroin.

2. On 10-24-2019, at approximately 8:40 PM, surveillance was initiated at 379 Shannon Drive, Fairbanks, Alaska. This is the known residence of MEATH and his girlfriend Lisa CARTIER. A gray pickup truck was observed on the right side of the driveway and two blue pickup trucks were on the

| 11. Distribution: Division District Other | 12. Signature (Agent) /s/ Thanh T Churchin, GS | 13. Date 11-07-2019 |
|---|---|---|
| | 14. Approved (Name and Title) /s/ Reinaldo R Lopez, ASAC | 15. Date 11-27-2019 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | REPORT OF INVESTIGATION  *(Continuation)* | 1. File No. RG-19-0001 | 2. |
|---|---|---|---|
| | | 3. File Title | |
| 4. Page 2 of 6 | | | |
| 5. Program Code | | 6. Date Prepared 10-28-2019 | |

left side of the driveway at the residence. Also observed was a white pickup truck that was parked on the street in front of the residence.

3. At approximately 9:15 PM, Fairbanks HIDTA Investigators Jake Tibbetts and Scott McAfee observed the exterior house lights come on and two individuals exit the house. Investigator McAfee observed that one of the individuals exiting the house was taller than the other individual and that the taller individual had a dark colored backpack. Investigator McAfee observed the individual with the backpack go to the passenger side of the gray pickup truck and put the backpack in the bed of the truck before entering the pickup truck. Investigator Tibbetts observed the other individual, who had a white plastic bag, on the driver's side of the gray pickup truck and enter the truck. At approximately 9:17 PM, the pickup truck left heading west on Shannon Drive towards West Trainor Gate Road. Shortly thereafter, GS Churchin observed the gray pickup truck stop for the STOP sign and made a right hand turn onto West Trainor Gate Road. The license plate on the pickup truck was identified as JMZ870 and appeared to be occupied by two occupants. Agents/officers followed the pickup truck to Rod's Saw Shop, 127 Minnie Street. The pickup truck parked in front on the west corner area of the business, which was closed (approximately 9:20 PM arrival). Agents/officers were unable to observe the area, but noted that no other vehicles were in proximity to the gray pickup truck.

4. At approximately 9:30 PM, GS Churchin observed the pickup truck leave Rod's Saw Shop, still occupied by two individuals. Agents/officers continued to follow the pickup truck and Investigator Sgt. Michael Roberts identified the driver as CARTIER and the front passenger as MEATH. A Fairbanks Police Department marked unit, Lt. Peyton Merideth, subsequently conducted a traffic stop on the gray pickup truck for equipment light violation and no seat belt violation at 701 College Road, Fairbanks. The driver was identified as CARTIER and the front passenger was identified as MEATH. A marked K-9 Alaska State Trooper was nearby and responded to assist, arriving about a minute or so after the stop. The certified K-9 (Lenox) was deployed and conducted a non-intrusive sniff of the area surrounding the pickup truck. K-9 Lenox is only certified for heroin, methamphetamine and cocaine. K-9 Lenox alerted to the presence of illegal controlled substances.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition dated 8/94 may be used.

Case 4:23-cr-00002-RRB   Document 68-1   Filed 10/24/23   Page 2 of 6

| **REPORT OF INVESTIGATION** | 1. File No. RG-19-0001 | 2. G-DEP Identifier WCA3D |
|---|---|---|
| *(Continuation)* | 3. File Title Young, William | |
| 4. Page 3 of 6 | | |
| 5. Program Code | 6. Date Prepared 10-28-2019 | |

5. The pickup truck was seized and towed to the Alaska State Troopers (AST) Fairbanks Post for a pending state search warrant. CARTIER was released and MEATH was detained for further investigation. A state search warrant was granted and the search warrant was executed on 10-25-2019 (warrant# 3AN-19-3582SW). The search was amended to include a purse that was in the truck and a black backpack that was in the bed of the pickup truck after the K-9 was utilized on these items and alerted to the presence of illegal controlled substances. Approximately 1.25 pounds of methamphetamine, approximately 2 ounces of heroin, Colts Combat Commander 45 caliber handgun, digital scales and small baggies were seized from the backpack. A loaded syringe with suspected heroin was seized from the purse and miscellaneous documents were seized from the pickup truck. The methamphetamine and heroin were field tested and tested positive for methamphetamine and heroin respectively.

6. A state search warrant was applied for to search MEATH but was denied (warrant# 3AN-19-3583SW). MEATH was released pending federal charges.

7. An Alaska Vehicle Title, #5423411, for the pickup truck was seized from the pickup truck which showed that it was titled to Jacob ROSEN and Katelyn ROSEN but sold on 08-26-2019 to Michael P. MEATH at 379 Shannon Drive, Fairbanks, Alaska 99701. A record check on the pickup truck showed that MEATH has not retitled or registered the pickup truck after the purchase. Also, there was no Lien and NCIC check was negative.

8. On 10-30-2019, MEATH's attorney, Jason Gazewood called GS Churchin inquiring about MEATH's pickup truck. Mr. Gazewood requested that seizure notification be sent to him and that personal property from the pickup truck be given to him. An inventory of the pickup truck was conducted by GS Churchin and Investigator Tibbetts on 10-30-2019 at approximately 2:30 PM. A copy of the inventory was provided to Mr. Gazewood's law partner, Jason Weiner, by GS Churchin and Investigator Tibbetts on 11-15-2019. A copy of items seized from the vehicle for evidential value was also provided to Mr. Weiner (see attached DEA-12). The seized items will be maintained as evidence by AST.

9. The Colts Combat Commander 45 caliber handgun was seized pursuant to a state search warrant and will be maintained by AST. NCIC check on

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Case 4:23-cr-00002-RRB   Document 68-1   Filed 10/24/23   Page 3 of 6

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No.<br>RG-19-0001 | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 3. File Title | |
| 4.<br>Page 4 of 6 | | |
| 5. Program Code | 6. Date Prepared<br>10-28-2019 | |

the handgun was negative.  Etrace on the handgun was conducted on 11-1-2019, trace #T20190388693, and trace information is in
the attachment.  Also, the handgun information was provided to ATF SA
Sarah Foreman for conducting a Nexus Report (Nexus Report completed 11-12-2019, see attached).

10. On 11-5-2019, Investigator Tibbetts relinquished custody of the seized
methamphetamine and heroin, which were in three sealed
AST evidence bags, to GS Churchin.  The evidence bags were marked
as P19041457 (Exhibit 26), P19041458 (Exhibit 27) and P19041471 (Exhibit
28).  GS Churchin and Investigator Tibbetts then processed the Exhibits as
evidence.  The exhibits were then forwarded to the DEA Western laboratory
for analysis and retention (FedEx #8025549000470).

## CUSTODY OF EVIDENCE

Drug Exhibits:

1. Exhibit 26 (FDIN# 2019731629): SSEE #S000722340 containing a sealed AST
bag marked as P19041457, further containing white hard crystal-like
substance contained in a zip-lock bag and wrapped in cellophane (suspected
methamphetamine).  Pursuant to a state search warrant on 10-25-2019, Fairbanks HIDTA Investigators seized Exhibit 26 from a black
backpack that belonged to MEATH.  The exhibit was maintained by AST and
relinquished to GS Churchin on 11-05-2019 by Investigator Tibbetts.  On
11-05-2019, GS Churchin and Investigator Tibbetts processed the exhibit as
evidence.  The exhibit was then forwarded to the DEA Western laboratory
for analysis and retention, via FedEx #8025549000470.

2. Exhibit 27: SSEE #S000722341 containing a sealed AST bag marked as
P19041458, further containing 1 zip-lock bag with 2 zip-lock bags
with white hard crystal-like substances (suspected
methamphetamine).  Pursuant to a state search warrant on 10-25-2019, Fairbanks HIDTA Investigators seized Exhibit 27 from a black
backpack that belonged to MEATH.  The exhibit was maintained by AST and
relinquished to GS Churchin on 11-05-2019 by Investigator Tibbetts.  On
11-05-2019, GS Churchin and Investigator Tibbetts processed the exhibit as

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Case 4:23-cr-00002-RRB   Document 68-1   Filed 10/24/23   Page 4 of 6

**U.S. Department of Justice**
Drug Enforcement Administration

**REPORT OF INVESTIGATION**

*(Continuation)*

4.
Page  5  of  6

5. Program Code

1. File No.
RG-19-0001

3. File Title

6. Date Prepared
10-28-2019

evidence. The exhibit was then forwarded to the DEA Western laboratory for analysis and retention, via FedEx #8025549000470.

3. Exhibit 28: SSEE #S000722342 containing a sealed AST bag marked as P19041471, further containing a zip-lock bag with brown chunky substances (suspected heroin). Pursuant to a state search warrant on 10-25-2019, Fairbanks HIDTA Investigators seized Exhibit 28 from a black backpack that belonged to MEATH. The exhibit was maintained by AST and relinquished to GS Churchin on 11-05-2019 by Investigator Tibbetts. On 11-05-2019, GS Churchin and Investigator Tibbetts processed the exhibit as evidence. The exhibit was then forwarded to the DEA Western laboratory for analysis and retention, via FedEx #8025549000470.

Non-Drug Exhibits:

1. Exhibit N-9 (SSF Asset ID#20-DEA-657711) - Gray 2006 Lincoln Mark LT pickup truck, Alaska tags JMZ-870, VIN #5LTPW18566FJ13652. On 10-25-2019, pursuant to a state search warrant on the Lincoln Mark LT pickup truck, a black backpack containing Exhibits 26-28, packaging materials, digital scales and a Colts Combat Commander 45 caliber handgun, was seized from the bed of the pickup truck. Afterwards, GS Churchin and SA Flockhart seized the pickup truck (Exhibit N-9) for forfeiture. Exhibit N-9 was temporarily secured at the AST Fairbanks Post and subsequently driven by SA Flockhart to the Fairbanks POD on 10-25-2019 for temporary storage and processing. An inventory was conducted on the 2006 Lincoln Mark LT pickup at the Fairbanks POD on 10-30-2019 by GS Churchin and Investigator Tibbetts. Items removed and not needed for evidence was given to MEATH's attorney. [Agent notes: a request was made for Exhibit N-9 to be stored at the Fairbanks POD, pending forfeiture.]

**INDEXING**

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Case 4:23-cr-00002-RRB   Document 68-1   Filed 10/24/23   Page 5 of 6

**U.S. Department of Justice**
Drug Enforcement Administration

| | REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>RG-19-0001 | |
|---|---|---|---|
| | | 3. File Title | |
| 4.<br>Page 6 of 6 | | | |
| 5. Program Code | | 6. Date Prepared<br>10-28-2019 | |

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Case 4:23-cr-00002-RRB   Document 68-1   Filed 10/24/23   Page 6 of 6